IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORY LEWIS,** | : | CIVIL ACTION NO. 1:24-CV-425 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JESSICA JO WELCH,** *et al.*, | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 2nd day of May, 2024, upon review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED without further leave to amend.

2. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania